RAPHAEL S. SPANO, Respondent, v. ORANGE COUNTY INDEPENDENT CORPORATION, Appellant.— Order denying motion to dismiss the complaint, in an action for libel, upon the ground that the complaint does not state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within ten days from service of a copy of the order herein. A statement, published in a newspaper, that a duly licensed physician has come to the community " apparently to complete a medical and surgical apprenticeship " is a reflection upon his professional attainments and is, in our opinion, libelous *per se*. Lazansky, P. J., Young and Tompkins, JJ., concur; Scudder, J., concurs for affirmance, being of the opinion that the additional item with reference to professional ethics is libelous; Davis, J., concurs for affirmance without limitation, at this time, of the scope of the libelous article — it being alleged that defendant was actuated by malice in publishing a false defamatory article, which on examination appears to attribute to plaintiff unworthy motives and holds him up to public ridicule and scorn.

FRANK J. TAYLOR, Commissioner of Public Welfare of the City of New York, MARTHA HABOUSH, Respondent, v. RICHARD CAVANAUGH, Appellant.— Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, in filiation proceedings, adjudging defendant the father of a child born out of wedlock, and directing him to pay five dollars a week for the support of the child, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

J. B. TAYNTON, Individually and as Administrator, etc., of ARNOLD F. TAYNTON, Deceased, Respondent, v. HOWARD VOLLMER, as Executor, etc., of LENA BALMOS, Deceased, Appellant.— On the court's own motion, the decision handed down on November 23, 1934 [242 App. Div. 854], is hereby amended to read as follows: Order denying defendant's motion to dismiss the complaint in an action brought under a statute of Pennsylvania for damages for wrongfully causing the death of plaintiff's intestate reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Herzog* v. *Stern* (264 N. Y. 379). Order granting plaintiff's motion for the examination of the defendant and the operator of the car in question reversed on the law, without costs, and motion denied, in view of the dismissal of the complaint. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

JOSEPH A. TEPERSON, Respondent, v. BENJAMIN F. DEAGOSTINA, as President of ALLIED MOTION PICTURE OPERATORS UNION, Appellant.— Order denying motion to dismiss the complaint in an action brought to recover damages for breach of contract for legal services to be rendered by plaintiff to defendant for a period of ten years affirmed, with ten dollars costs and disbursements, under the authority of *Greenberg* v. *Remick & Co.* (230 N. Y. 70), with leave to defendant to serve an answer within ten days from the entry of the order herein. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.